# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

ANTHONY L. WILSON,

        Petitioner,       :     Case No. 3:13-cv-217

  - vs -                                District Judge Timothy S. Black
                                          Magistrate Judge Michael R. Merz

DEB TIMMERMAN-COOPER,
  Warden, London Correctional
  Institution,

                                       :
        Respondent.

## ORDER FOR AMENDED PETITION

       This habeas corpus case, brought *pro se* by Petitioner Anthony L. Wilson, is before the Court for initial review pursuant to Rule 4 of the Rules Governing § 2254 Cases.  Petitioner has used the standard form for § 2254 cases, but has not included any actual claims in the body of his Petition.  Instead, at each place where there is space for a Ground for Relief, he has written "See Attached Form for Details."  (See PageID 18, 19, 21, 22.)  However, when one turns to the attached pages, Mr. Wilson has merely reproduced verbatim the claims he made in various places in the state courts.

       A federal habeas corpus court is not an appeals court for trial court or appellate court error made in the state courts.  Rather, this Court has the authority only to consider whether Petitioner is confined as the result of violation of his federal constitutional rights.  As a *pro se* litigant, Petitioner is entitled to a liberal reading of his pleadings, but that does not mean the Court is required to guess as to what claims a petitioner is making.

It is therefore ORDERED that Petitioner file an amended petition not later than August 1, 2013, which sets forth each claim of constitutional violation he is making and the facts which support it, along with the information for each such claim as is required by the form (i.e., where it was raised before, was an appeal taken, etc.)

When the amended petition is filed, the Court will be able to complete its initial rev iew under Rule 4.

July 2, 2013.

s/ *Michael R. Merz*
United States Magistrate Judge
